IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CLIFFORD CHARLES FLETCHER,

    Plaintiff,

v.                                                                CASE NO. 1:11-cv-00030-MP-GRJ

GONZALO ESPINO, et al,

    Defendants.

_____/

## **REPORT AND RECOMMENDATION**

    Plaintiff, a prisoner presently incarcerated at Columbia Correctional Institution ("Columbia CI"), has filed a form complaint pursuant to 42 U.S.C. §1983 against medical personnel employed at Columbia CI alleging that Defendants were deliberately indifferent to Plaintiff's medical needs during Plaintiff's incarceration at Columbia CI. Because Columbia CI and both Defendants are located in Columbia County – which is within the jurisdiction of the United States District Court for the Middle District of Florida, Jacksonville Division – this case should have been filed in the Middle District.

    Venue is proper in a civil action not founded solely on diversity only in a judicial district: (1) where any defendant resides, if all defendants reside in the same state; (2) where a substantial part of the events giving rise to the claims occurred; or (3) where any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). The mailing addresses for both Defendants is in Lake City, Florida. The events which occurred in this case took place in Columbia County and, therefore, the proper district for venue is the Middle District of Florida.

Pursuant to 28 U.S.C. § 1406(a) where, as here, a case has been filed in the wrong venue, "[T]he district court of a district in which is filed a case laying venue in the wrong ... district shall dismiss, or if it be in the interest of justice, transfer such case to any district ... in which it could have been brought."

In view of the fact that the Plaintiff is proceeding *pro se,* transfer of this case rather than dismissal would be in the interests of justice.

In light of the foregoing, it is respectfully **RECOMMENDED**:

That pursuant to 28 U.S.C. § 1406(a) this case should be **TRANSFERRED** to the United States District Court for the Middle District of Florida, Jacksonville Division.

At Gainesville, Florida, this 23rd day of February, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**