IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CLIFFORD CHARLES FLETCHER,

     Plaintiff,

v.                                                     CASE NO. 1:11-cv-00030-MP  -GRJ

GONZALO ESPINO, LEONARD SCHLOFMAN,

     Defendants.

_____/

## O R D E R

     This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate

Judge, which recommends that this action be transferred to the United States District Court for

the Middle District of Florida for all further proceedings.  Plaintiff has filed no objection to the

Report, and the time to do so has passed.  Upon consideration, the Court agrees with the

Magistrate that the Middle District is the appropriate venue for this action.  Accordingly, it is

hereby

     **ORDERED AND ADJUDGED:**

     1.     The Report and Recommendation of the Magistrate Judge, Doc. 5, is ADOPTED
and incorporated herein.

     2.     This cause is TRANSFERRED in the interest of justice, pursuant to 28 U.S.C. §§
1404(a) and 1406(a), to the United States District Court for the Middle District of
Florida for all further proceedings.

     **DONE AND ORDERED** this *22nd*  day of April, 2011

          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge